# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146072(135)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC:  146072
COA:  302037
Oakland CC:  2010-233010-FC

ROBERT JOSEPH MCMAHON,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's January 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



　　　　　　　　　　　　Clerk

d0617